# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1630
Lower Tribunal No. 22-19785-CA-01
_____

**DA Comercializadora S.A.S.**,
Appellant,

vs.

**Carola Clever**,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Zumpano Patricios, P.A., and Sebastian Jaramillo, for appellant.

Scott J. Edwards, P.A, and Scott J. Edwards (Boca Raton), for appellee.

Before LOGUE, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. See Fla. R. Civ. P. 1.070(j) ("If service of the initial process

and initial pleading is not made on a defendant within 120 days after filing of

the initial pleading directed to that defendant the court, on its own initiative after notice or on motion, must direct that service be effected within a specified time or must dismiss the action without prejudice or drop that defendant as a party; provided that if the plaintiff shows good cause or excusable neglect for the failure, the court must extend the time for service for an appropriate period."); <u>Fernandez v. Cohn</u>, 54 So. 3d 1040, 1042 (Fla. 3d DCA 2011) ("Where no good cause or excusable neglect exists, the trial court is left to exercise its discretion as to which of the three options to select, except where the statute of limitations has run.").